UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Frank Porto | Civil Action |
|  | No: 3:01CV02345(JCH) |
| Plaintiff | |
| | |
| VS. | |
| | |
| Metro-North Railroad Company | |
| | January 30, 2004 |
| Defendant | |

## PLAINTIFF'S SURGICAL STATUS REPORT

Pursuant to the Court's Ruling of April 3, 2003 regarding the parties' Joint Motion for Enlargement of Time, the plaintiff hereby provides the following report of his surgical status.

The plaintiff underwent surgery on his left knee on April 29, 2003, underwent physical therapy, and recovered appropriately. His treating orthopedic surgeon, Dr. John Aversa, is now scheduling him for a lateral release surgery on his right knee to be done in February 2004. Dr. Aversa has not yet advised me of the expected recovery period for that surgery, but as soon as I obtain that information I will let the Court know.

Given these circumstances, I respectfully suggest that the parties file another Status Report as soon as the plaintiff recovers from his upcoming surgery and the defendant has had the opportunity for an independent medical examination and to depose the plaintiff's treating physicians

        FOR THE PLAINTIFF,

BY_____
    Charles C. Goetsch
    CAHILL & GOETSCH, P.C.
    43 Trumbull Street
    New Haven, Connecticut  06511
    (203)777-1000
    ct00776

## **CERTIFCATE OF SERVICE**

    This is to certify that a copy of the foregoing was mailed, postage prepaid, on this ___ day of January , 2004 to:  Robert O. Hickey, Esq., Ryan, Ryan, Johnson, & Deluca, LLP, 80 Fourth Street, P.O. Box 3057, Stamford, CT 06905.

_____
Charles C. Goetsch