UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Frank Porto | Civil Action |
| | No: 3:01CV02345(JCH) |
| Plaintiff | |
| | |
| VS. | |
| | |
| Metro-North Railroad Company | |
| | February 3, 2004 |
| Defendant | |

## PLAINTIFF'S SUPPLEMENTAL SURGICAL STATUS REPORT

Pursuant to the Court's Ruling of April 3, 2003 regarding the parties' Joint Motion for Enlargement of Time, the plaintiff hereby provides the following supplemental report of his surgical status.

The plaintiff will undergo surgery on March 16, 2004 with a 1-2 month recovery period thereafter.

FOR THE PLAINTIFF,

BY_____
 Charles C. Goetsch
 CAHILL & GOETSCH, P.C.
 43 Trumbull Street
 New Haven, Connecticut  06511
 (203)777-1000
 ct00776

**CERTIFCATE OF SERVICE**

     This is to certify that a copy of the foregoing was mailed, postage prepaid, on this ___ day of February, 2004 to:  Robert O. Hickey, Esq., Ryan, Ryan, Johnson, & Deluca, LLP, 80 Fourth Street, P.O. Box 3057, Stamford, CT 06905.

                                                                          _____

                                                                          Charles C. Goetsch