01CV2345 status

disk

15

Parties are ordered to file a status reports by May 31, 2004.
SO Ordered.
/s/ JCH 2/4/04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 FEB -2 P 2:38
US DIST...

Frank Porto

    Plaintiff

Civil Action
No: 3:01CV02345(JCH)

VS.

Metro-North Railroad Company

    Defendant

January 30, 2004

## PLAINTIFF'S SURGICAL STATUS REPORT

Pursuant to the Court's Ruling of April 3, 2003 regarding the parties' Joint Motion for Enlargement of Time, the plaintiff hereby provides the following report of his surgical status.

The plaintiff underwent surgery on his left knee on April 29, 2003, underwent physical therapy, and recovered appropriately. His treating orthopedic surgeon, Dr. John Aversa, is now scheduling him for a lateral release surgery on his right knee to be done in February 2004. Dr. Aversa has not yet advised me of the expected recovery period for that surgery, but as soon as I obtain that information I will let the Court know.

Given these circumstances, I respectfully suggest that the parties file another Status Report as soon as the plaintiff recovers from his upcoming surgery and the defendant has had the opportunity for an independent medical examination and to depose the plaintiff's treating physicians