UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Frank Porto<br><br>    Plaintiff | Civil Action<br>No: 3:01CV02345(JCH) |
| VS. | |
| Metro-North Railroad Company<br><br>    Defendant | May 19, 2004 |

## PLAINTIFF'S SUPPLEMENTAL SURGICAL STATUS REPORT

Pursuant to the Court's Ruling of April 3, 2003 regarding the parties' Joint Motion for Enlargement of Time, the plaintiff hereby provides the following supplemental status report.

The plaintiff underwent an arthroscopy, debridement of chondromalacia, and lateral release on his right knee on March 16, 2004. The defendant has not yet had the opportunity for an independent medical examination and to depose the plaintiff's treating physicians, as the plaintiff is still recovering from said surgery.

The plaintiff is scheduled to see his orthopaedic surgeon, Dr. John Aversa, on June 9, 2004. After that examination the plaintiff will further advise the Court as to when his recovery will be complete.

FOR THE PLAINTIFF,

BY /s/ Charles C. Goetsch
Charles C. Goetsch
CAHILL & GOETSCH, P.C.
43 Trumbull Street
New Haven, Connecticut 06511
(203)777-1000
ct00776

### CERTIFCATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 19 day of May, 2004 to: Robert O. Hickey, Esq., Ryan, Ryan, Johnson, & Deluca, LLP, 80 Fourth Street, P.O. Box 3057, Stamford, CT 06905.

/s/ Charles C. Goetsch
Charles C. Goetsch