UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FRANK PORTO | : | |
|     Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3-01-cv-2345 (JCH) |
| | : | |
| METRO-NORTH RAILROAD CO. | : | |
|     Defendant | : | JANUARY 25, 2005 |

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purpose:

_____  All purposes except trial, unless the parties consent to trial before the magistrate judge

\_\_\_\_\_  A ruling on all pretrial motions except dispositive motions

\_\_\_\_\_  To supervise discovery and resolve discovery disputes

_____  A ruling on the following motion(s) which are currently pending:

\_\_\_\_√\_\_\_  A settlement conference.  **The pursuit of settlement negotiations, and a referral to a magistrate judge for purposes of a settlement conference, does not relieve the parties of their obligation to adhere to scheduling deadlines absent a court order to that effect.**

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 25th day of January, 2005.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge