```
                                                    FILED

                                                    2005 JAN 31  P 12: 21

                UNITED STATES DISTRICT COURT
                                                    U.S. DISTRICT COURT
                    DISTRICT OF CONNECTICUT         BRIDGEPORT, CONN
```

| | |
|---|---|
| FRANK PORTO | : |
| Plaintiff, | : |
| V. | : CIVIL ACTION NO. 3:01CV02345(JCH) |
| METRO-NORTH RAILROAD | : |
| Defendant. | : |
| | JANUARY 28, 2005 |

## MOTION FOR EXTENSION OF TIME TO FILE JTM, POSTPONE JURY SELECTION AND TRIAL

The undersigned Defendant, Metro-North Railroad, with the consent and agreement of the plaintiff's counsel, Charles Goetsch, respectfully requests a postponement of the deadlines for filing the Joint Trial Memorandum, the final pretrial conference, jury selection and trial.

The parties were recently advised that Magistrate Judge Fitzsimmons will conduct a settlement conference on March 14, 2005. The present schedule calls for the filing of the JTM on March 16 and a final pretrial conference on March 18. Jury selection is presently scheduled for April 7 and the trial is scheduled to commence on April 18.

The plaintiff in this case claims that the subject incidents referenced in his complaint have resulted in multiple surgical procedures and that he has been permanently disabled from railroad

work. Discovery in the case has been slowed by the significant amount of treatment the plaintiff received over the course of the past few years.

The parties wish to have the opportunity to explore settlement without incurring the substantial costs involved in preparing the JTM and preparing for trial. As the schedule presently stands, the trial preparations would still need to be completed notwithstanding the possibility of settlement at the conference with Magistrate Judge Fitzsimmons. The parties propose a deadline of 30 days after the settlement conference with Judge Fitzsimmons for the filing of the JTM. The court could then schedule jury selection and trial for some time after the filing of the JTM.[1] This would allow the parties to attempt to resolve the case without incurring the significant costs of preparing for trial.

---

[1] Attorney Goetsch has requested that the trial not be scheduled for the last week of April due to a travel commitment.

THE DEFENDANT,
METRO-NORTH RAILROAD

By: _____
Robert O. Hickey, Esq., (CT 19555)
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT 06905
Phone No. 203-357-9200

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2005, a copy of the above was mailed to the following counsel and pro se parties of record:

Charles C. Goetsch, Esq.
Cahill, Goetsch & Maurer, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff, Frank Porto

_____
Robert O. Hickey, Esq.

I:\Procases\205.117\conttrial.wpd
205.117

- 3 -