UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____X

Frank Porto                                         Civil Action
                                                    No: 3:01CV02345(JCH)

    Plaintiff

VS.

Metro-North Railroad Company                        April 14, 2005

    Defendant

_____X

## GENERAL VERDICT WITH ACCOMPANYING INTERROGATORIES

**Interrogatory No. 1**

Do you find that the defendant was negligent under the Federal Employers' Liability Act even to the slightest degree?

Yes_____   No_____

[If your answer to Interrogatory No. 1 is "no," you have completed your deliberations. If your answer to Interrogatory No. 1 is "yes," proceed to Interrogatory No. 2.]

**Interrogatory No. 2**

If your answer to Interrogatory No. 1 is "yes", did that negligence play any part --even to the slightest degree -- in bringing about Mr. Porto's injuries?

Yes_____    No_____

[If your answer to Interrogatory No. 2 is "no," you have completed your deliberations. If your answer to Interrogatory No. 2 is "yes," proceed to Interrogatory No. 3.]

**Interrogatory No. 3**

What amount do you find will fairly and adequately compensate Mr. Porto for:

    A. For his past lost earnings     _____

    B. For his future impairment to earning capacity     _____

    C. For any past and future medical expenses caused as a result of the injuries suffered in the accident     _____

    D. For his past and future pain and suffering and disfigurement     _____

    E. For his past and future mental anguish, loss of enjoyment of life, and fear of the future     _____

    GENERAL VERDICT (A+B+C+D+E)     _____

You have now completed your deliberations.  Please sign and date this form.

_____          _____
Date                                             Foreperson

Dated:                                                    FOR THE PLAINTIFF,

BY _____
Charles C. Goetsch
CAHILL, GOETSCH & MAURER, P.C.
43 Trumbull Street
New Haven, Connecticut 06511
(203) 777-1000
CT00776

### Certificate of Service

This is to certify that a copy of the foregoing was first class mail, postage prepaid to:

Robert O. Hickey, Esq.
Ryan Ryan Johnson & Deluca
80 Fourth St.
Stamford, CT 06905


on April 14, 2005.

_____
Charles C. Goetsch