UNITED STATES DISTRICT COURT

District of Connecticut

-------------------------------------------------------X

FRANK PORTO

                          Plaintiff,                    Case Number: 3:01CV02345(JCH)

V.

METRO-NORTH RAILROAD COMPANY,

                          Defendant.               APRIL 26, 2005

-------------------------------------------------------X

### DEFENDANT METRO-NORTH RAILROAD COMPANY'S PROPOSED VERDICT FORM

**Interrogatory No. 1**

Do you find that the defendant was negligent under the Federal Employers' Liability Act?

    Yes_____                           No_____

[If your answer to Interrogatory No. 2 is "no," you have completed your deliberations. If your answer to Interrogatory No.1 is "yes," proceed to Interrogatory No.2.]

**Interrogatory No. 2**

If your answer to Interrogatory No. 2 is "yes," did that negligence play any part in bringing about Mr. Porto's injuries?

    Yes_____                            No_____

[If your answer to Interrogatory No. 2 is "no," you have completed your deliberations. If your answer to Interrogatory No. 3 is "yes," proceed to Interrogatory No. 3.]

**Interrogatory No. 3**

If your answers to Interrogatory Nos. 1 and 2 are "yes," do you find that Mr. Porto was contributorily negligent?

  **Yes**_____           **No** _____

[If your answer to Interrogatory No. 3 is "no," proceed to Interrogatory No. 5 and do not respond to Interrogatory No. 4. If your answer to Interrogatory No. 3 is "yes," proceed to Interrogatory No. 4.]

**Interrogatory No. 4**

If your answer to Interrogatory No. 3 is "yes," to what extent, expressed in percentages, did the defendant's and Mr. Kiniry's negligence contribute to his injuries?

    Mr. Kiniry _____%
    Defendant _____%

    Total must equal 100%

[Proceed to Interrogatory No. 5.]

**Interrogatory No. 5**

What amount do you find, without reduction for any contributory negligence, will fairly and adequately compensate Mr. Kiniry for his injuries?:

**GENERAL VERDICT**          $ _____

[If your answer to Interrogatory No. 4 is "yes," proceed to Interrogatory No. 7. If your answer to Interrogatory No. 4 is "no," your deliberations are complete.]

**Interrogatory No. 6**

If your answer to Interrogatory No. 4 is "yes," reduce the total amount of damages in

Interrogatory No. 5 by the percentage of Mr. Kiniry's contributory negligence that you found in Interrogatory No. 4 and enter that reduced amount in the space below:

  **VERDICT:** $ _____

  You have completed your deliberations.  Please sign and date this form.


_____          _____
Date                 Foreperson

                    THE DEFENDANT,
                    METRO-NORTH RAILROAD COMPANY

By: _____
    Robert O. Hickey, Esq.
    Ryan, Ryan, Johnson & Deluca, LLP
    80 Fourth Street, P.O. Box 3057
    Stamford, CT  06905
    Juris No. 52525
    Phone No. 203-357-9200

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 13, 2005, a copy of the above was sent via e-mail to the following counsel and pro se parties of record:

Charles C. Goetsch, Esq.
Cahill, Goetsch & Maurer, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff, Frank Porto

                      _____
                      Robert O. Hickey, Esq.

I:\Procases\205.117\verdictfrm.wpd
205.131