UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____X

| | |
|---|---|
| Frank Porto | Civil Action<br>No: 3:01CV02345(JCH) |
| Plaintiff | |
| VS. | |
| Metro-North Railroad Company | May 11, 2005 |
| Defendant | |

_____X

## STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed that this matter may be dismissed with prejudice and without costs to either party.

Date: 5/11/05

FOR THE PLAINTIFF,

BY *Charles C. Goetsch*
Charles C. Goetsch (ct00776)
CAHILL, GOETSCH & MAURER, P.C.
43 Trumbull Street
New Haven, Connecticut 06511
(203) 777-1000

Date: 5/19/05

FOR THE DEFENDANT,

BY _____
Charles A. Deluca
Ryan Ryan Johnson & Deluca
80 Fourth St.
P.O. Box 3057
Stamford, CT 06905
[ct      ]

## Certificate of Service

    This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid to:

Charles C. Goetsch, Esq.
Cahill, Goetsch & Maurer, PC
43 Trumbull St.
New Haven, CT 06510

on this 19th day of May, 2005.